**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Kathleen T. Pintabone | Chapter 13 |
| Debtor(s) | Bankruptcy No. 19-13450-pmm |
| | |
| Stearns Lending, LLC, or its Successor or Assignee | |
| Movant | |
| vs. | |
| SCOTT F. WATERMAN (Chapter 13), Trustee Kathleen T. Pintabone | |
| Respondent(s) | |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Stearns Lending, LLC, for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

_Patricia M. Mayer_

_____
Patricia M. Mayer, Bankruptcy Judge

**Date: February 18, 2021**