## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| KATHLEEN THERESA PINTABONE | : | Case No. 19-13450-pmm |
| **Debtor** | : | |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. #114, the "Motion");

It is hereby ordered that

1.) The motion is **granted**; and

2.) The Modified Plan (doc. #113) is **approved**.

**Date:** 10/27/22

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE